Erik S. Johnson, ISB # 4704
Idaho Legal Aid Services, Inc.
1104 Blaine Street
Caldwell, Idaho  83605
Phone:  (208) 454-2591, Ext. 1404
Fax:     (208) 454-2593
Email: erikjohnson@idaholegalaid.org

Howard A. Belodoff, ISB #2290
Jennifer Giuttari, ISB # 10008
Idaho Legal Aid Services, Inc.
1447 South Tyrell Lane
Boise, ID 83706
(208) 336-8980, Ext. 1106 and 1506
Fax: (208) 342-2561
Email: howardbelodoff@idaholegalaid.org
           jennifergiuttari@idaholegalaid.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| SABINO LEIBAR, | ) | Civil Action No. 1:17-cv-415 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN ANCHUSTEGUI, JANE ANCHUSTEGUI, ANCHUSTEGUI SHEEP COMPANY, JA PROPERTIES, LLC, J A PROPERTIES BOISE, LLC, J A MOTORS, LLC, J A LAND & LIVESTOCK, LLC, and J A CATTLE COMPANY, LLC, | ) ) ) ) ) ) ) ) | **NOTICE OF DISMISSAL OF JA PROPERTIES, LLC** |
| Defendants. | ) | |

Plaintiff, Sabino Leibar, moves pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(i), to voluntary dismiss and terminate this action as to the Defendant JA Properties, LLC for the reason that Plaintiff wrongly identified the Defendant as an interested party in the

NOTICE OF DISMISSAL, PAGE 1

action.

1. This action was commenced by Plaintiff on October 6, 2017 and served on all parties on October 13th and October 19th, 2017. Defendant JA Properties, LLC, is scheduled to respond to Plaintiff's Complaint on November 9th, 2017.

2. A Notice of Dismissal is appropriate and a Court Order is not required as Defendants have not yet answered or filed a motion for summary judgment. *See* Federal Rules of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Plaintiff requests the Court dismiss the case as to JA Properties, LLC.

Dated this 30th day of October, 2017.

IDAHO LEGAL AID SERVICES, INC.

/s/ Erik Johnson
Erik Johnson
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I caused to be served a true and correct copy of the document, entitled NOTICE OF DISMISSAL, by the method and to the interested parties listed below:

| | |
|---|---|
| Brian Julian | _____ U.S. Mail, Postage Prepaid |
| Attorney for Defendants | __X__ CM/ECF filing |
| ANDERSON JULIAN & HULL, LLP | _____ Overnight Mail |
| PO Box 7426 | _____ Via Facsimile |
| Boise, ID 83707-7426 | |
| bjulian@ajhlaw.com | |

NOTICE OF DISMISSAL, PAGE 2

| | |
|---|---|
| Andrea Julian Fontaine | _____ U.S. Mail, Postage Prepaid |
| Attorney for Defendants | __X__ CM/ECF filing |
| ANDERSON, JULIAN & HULL, LLP | _____ Overnight Mail |
| PO Box 7426 | _____ Via Facsimile |
| Boise, ID 83707-7426 | |
| ajfontaine@ajhlaw.com | |
| | |
| Kimball Gourley | __X__ U.S. Mail, Postage Prepaid |
| Attorney for JA Properties | _____ CM/ECF filing |
| Jones, Gledhill, Fuhrman, Gourley, P.A. | _____ Overnight Mail |
| 225 North 9th Street, Suite 820 | _____ Via Facsimile |
| Boise, ID 83701 | |

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Erik Johnson
　　　　　　　　　　　　　　　　　　　　　　　　Erik Johnson

NOTICE OF DISMISSAL, PAGE 3