Erik S. Johnson, ISB # 4704
Idaho Legal Aid Services, Inc.
1104 Blaine Street
Caldwell, Idaho  83605
Phone:  (208) 454-2591, Ext. 1404
Fax:    (208) 454-2593
Email: erikjohnson@idaholegalaid.org

Howard A. Belodoff, ISB #2290
Jennifer Giuttari, ISB # 10008
Idaho Legal Aid Services, Inc.
1447 South Tyrell Lane
Boise, ID 83706
(208) 336-8980, Ext. 1106 and 1506
Fax: (208) 342-2561
Email: howardbelodoff@idaholegalaid.org
       jennifergiuttari@idaholegalaid.org

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SABINO LEIBAR, | Civil Action No. 1:17-cv-415-BLW |
| Plaintiff, | |
| v. | |
| JOHN ANCHUSTEGUI, JANE ANCHUSTEGUI, ANCHUSTEGUI SHEEP COMPANY, JA PROPERTIES BOISE, LLC, J A MOTORS, LLC, J A LAND & LIVESTOCK, LLC, and J A CATTLE COMPANY, LLC, | **STIPULATION AS TO THE DISMISSAL OF CORPORATE DEFENDANTS** |
| Defendants. | |

The Parties stipulate as follows:

1.  Defendants John and Jane Anchustegui will be responsible for all the claims proven

    and damages or other relief awarded in this case.

2.  The corporate Defendants in this case are not legally responsible for any claims

**STIPULATION AS TO THE DISMISSAL OF CORPORATE DEFENDANTS- PAGE 1**

proven and damages or other relief awarded in this case.

3. Plaintiff dismisses the following corporate Defendants from this case: Anchustegui Sheep Company, JA Properties Boise, LLC, J A Motors, LLC, J A Land & Livestock, LLC, and J A Cattle Company, LLC.

Dated: November 9, 2017

IDAHO LEGAL AID SERVICES, INC.

/s/ Erik Johnson
Erik Johnson
Attorney for Plaintiff

Dated: 11/9/17

ANDERSON, JULIAN AND & HULL

Brian K. Julian
Attorney for Defendants

**STIPULATION AS TO THE DISMISSAL OF CORPORATE DEFENDANTS- PAGE 2**