IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SABINO LEIBAR,<br><br>           Plaintiff,<br><br>v.<br><br>JOHN ANCHUSTEGUI, JANE ANCHUSTEGUI, ANCHUSTEGUI SHEEP COMPANY, JA PROPERTIES BOISE, LLC, J A MOTORS, LLC, J A LAND & LIVESTOCK, LLC, and JA CATTLE COMPANY, LLC,<br><br>           Defendants. | Case No. 1:17-cv-00415-BLW<br><br>**ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST CORPORATE DEFENDANTS** |

The Stipulation to Dismiss Corporate Defendants, Dkt. 12, signed by counsel for all named parties, having come before this Court, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted in this case by Plaintiff Sabino Leibar against Anchustegui Sheep Company, JA Properties Boise, LLC, J A Motors, LLC, J A Land & Livestock, LLC, and J A Cattle Company, LLC shall be dismissed with prejudice.



DATED: November 13, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER OF DISMISSAL - 1