Erik S. Johnson, ISB # 4704
Idaho Legal Aid Services, Inc.
1104 Blaine Street
Caldwell, Idaho  83605
Phone:  (208) 454-2591, Ext. 1404
Fax:     (208) 454-2593
Email: erikjohnson@idaholegalaid.org

Howard A. Belodoff, ISB #2290
Jennifer Giuttari, ISB # 10008
Idaho Legal Aid Services, Inc.
1447 South Tyrell Lane
Boise, ID 83706
(208) 336-8980, Ext. 1106 and 1506
Fax: (208) 342-2561
Email: howardbelodoff@idaholegalaid.org
            jennifergiuttari@idaholegalaid.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| SABINO LEIBAR, | ) | Civil Action No. 1:17-cv-415-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN ANCHUSTEGUI AND JANE ANCHUSTEGUI, | ) ) | **ANSWER TO DEFENDANTS' COUNTERCLAIM** |
| | ) | |
| | ) | |
| Defendants. | ) | |

**COMES NOW** Plaintiff, by and through his attorneys, Erik Johnson, Jennifer Giuttari,

and Howard Belodoff, Idaho Legal Aid Services, Inc., and in answer to Defendants'

Counterclaim, admits and denies as follows:

1.   Admits to the allegation in paragraph 1.

2.   Admits to the allegations in paragraph 2, except that he denies the allegation as to the

**ANSWER TO DEFENDANTS' COUNTERCLAIM -  PAGE 1**

location of Defendants' real property in Owyhee County as he lacks knowledge regarding the exact location of Defendants' real property located in Owyhee County.

3. Denies paragraphs 3 through 11.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss with prejudice Defendants' Counterclaim, and award Plaintiff his legal fees and costs arising out of this matter and such other and further relief that this Court deems just and proper.

Dated: November 28, 2017

IDAHO LEGAL AID SERVICES, INC.

/s/ Erik Johnson
Erik Johnson
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Brian K. Julian
Andrea J. Fontaine
ANDERSON, JULIAN AND HULL, LLP
Attorneys for Defendants

IDAHO LEGAL AID SERVICES, INC.

/s/ Erik Johnson
Erik Johnson
Attorney for Plaintiff

**ANSWER TO DEFENDANTS' COUNTERCLAIM -  PAGE 2**