Erik S. Johnson, ISB #4704
Idaho Legal Aid Services, Inc.
1104 Blaine Street
Caldwell, Idaho 83605
Phone: (208) 454-2591, Ext. 1404
Email: erikjohnson@idaholegalaid.org

Howard A. Belodoff, ISB # 2290
Jennifer A. Giuttari, ISB # 10008
Idaho Legal Aid Services, Inc.
1447 South Tyrell Lane
Boise, ID 83706
Phone: (208) 336-8980, Ext. 1106 and 1503
Email: howardbelodoff@idaholegalaid.org
          jennifergiuttari@idaholegalaid.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SABINO LEIBAR, | Case No. 1:17-cv-451-BLW |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL JENNIFER A. GIUTTARI** |
| JOHN ANCHUSTEGUI AND JANE ANCHUSTEGUI, | |
| Defendants. | |

PLEASE TAKE NOTICE that JENNIFER A. GIUTTARI withdraws as counsel for Plaintiff Sabino Leibar in the above-entitled case. Ms. Giuttari will no longer be employed by Idaho Legal Aid Services, Inc. after August 20, 2018, and requests to be removed from receiving all electronic notices for this case. Erik S. Johnson and Howard A. Belodoff will continue to represent the Plaintiffs in this matter, and can be reached at the above-listed address.

Dated this 20th day of August, 2018.

/s/ Jennifer A. Giuttari  
Jennifer A. Giuttari

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Brian K. Julian  
Andrea J. Fontaine  
ANDERSON, JULIAN AND HULL, LLP  
Attorneys for Defendants

/s/ Jennifer A. Giuttari  
Jennifer A. Giuttari