Brian K. Julian – ISB No. 2360
Andrea J. Fontaine – ISB No. 7175
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
E-Mail: bjulian@ajhlaw.com
ajfontaine@ajhlaw.com

Attorneys for Defendants John Anchustegui
and Jane Anchustegui

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SABINO LEIBAR,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ANCHUSTEGUI, JANE ANCHUSTEGUI, ANCHUSTEGUI SHEEP COMPANY, JA PROPERTIES, LLC, JA PROPERTIES BOISE, LLC, JA MOTORS, LLC, JA LAND & LIVESTOCK, LLC, and JA CATTLE COMPANY, LLC,<br><br>Defendants. | Case No. 1:17-CV-00415-BLW<br><br>STIPULATION FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

**COME NOW** the above-entitled parties, by and through their respective counsel of record, and hereby stipulate and agree that the above-entitled proceeding may be dismissed with prejudice and without costs to any party, and that a general judgment to that effect shall be entered herein.

STIPULATION FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE - 1

DATED this 17th day of October, 2018.

ANDERSON, JULIAN & HULL LLP

By _____
Brian K. Julian, Of the Firm
Attorneys for Defendants John Anchustegui
and Jane Anchustegui

DATED this 17 day of October, 2018.

IDAHO LEGAL AID SERVICES, INC.

By _____
Erik S. Johnson, Of the Firm
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this /7 th day of October, 2018, I served a true and correct copy of the foregoing **STIPULATION FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | |
|---|---|
| Erik S. Johnson<br>Idaho Legal Aid Services, Inc.<br>1104 Blaine Street<br>Caldwell, ID 83605<br>T: (208) 454-2591, Ext. 1404<br>F: (208) 454-2593<br>E: erikjohnson@idaholegalaid.org<br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ E-Mail<br>☒ ECF |
| Howard A. Belodoff<br>Idaho Legal Aid Services, Inc.<br>1447 S. Tyrell Lane<br>Boise, ID 83706<br>T: (208) 336-8980, Ext. 1106<br>F: (208) 342-2561<br>E: howardbelodoff@idaholegalaid.org<br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ E-Mail<br>☒ ECF |

_____
Brian K. Julian