UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SABINO LEIBAR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN ANCHUSTEGUI, JANE ANCHUSTEGUI, ANCHUSTEGUI SHEEP COMPANY, JA PROPERTIES, LLC, JA PROPERTIES BOISE, LLC, JA MOTORS, LLC, JA LAND & LIVESTOCK, LLC, and JA CATTLE COMPANY, LLC,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-00415-BLW<br><br>JUDGMENT OF DISMISSAL WITH PREJUDICE |

BASED UPON the Stipulation (Dkt. 32) of the parties on file herein,

IT IS HEREBY ADJUDGED that this case is dismissed with prejudice and without an award of costs or attorneys' fees to any party.

The Clerk of the Court is HEREBY ORDERED to close this case.

DATED: October 18, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT OF DISMISSAL WITH PREJUDICE - 1